Elissa D. Miller
333 S. Hope Street, 35th Floor
Los Angeles, CA  90071
Telephone:  (213) 626-2311
Facsimile:   (213) 629-4520

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

F&E Lifting Technologies, Inc.

Debtor(s).

Case No. 2:11-BK-33584-EC
Chapter 7

**NOTIFICATION OF ASSET CASE**
**(NO CLAIMS BAR DATE REQUIRED)**

**TO THE HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE:**

Elissa D. Miller, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case.  At this time, no claims bar date is requested.

Dated: August 25, 2011

/s/ Elissa D. Miller
Elissa D. Miller
Chapter 7 Trustee